

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2014

No. 04-14-00365-CV

**IN THE INTEREST OF J.T**., et al,

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 12-10-0594-CVW
Honorable Thomas F. Lee, Judge Presiding

## C O R R E C T E D   O R D E R

The Appellant's Motion to Extend Time to File Brief is GRANTED. The appellant's brief is due on July 9, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court